```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA       :   CRIMINAL ACTION
                               :   NO. 04-15
     Plaintiff,                :
                               :
     v.                        :
                               :
JOSE ORTIZ-VEGA,               :
                               :
     Defendant.                :
```

### **O R D E R**

**AND NOW**, this **7th** day of **February, 2012**, it is hereby **ORDERED** that Defendant's Motion to Modify his Sentence (ECF No. 80) is **DENIED**.

    **AND IT IS SO ORDERED.**

                                       S/Eduardo C. Robreno
                                      **EDUARDO C. ROBRENO, J.**